IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| FIRST CHRISTIAN CHURCH (DISCIPLES OF CHRIST) OF TYLER, <br><br>     Plaintiff, <br><br> v. <br><br> CHURCH MUTUAL INSURANCE COMPANY, S.I., <br><br>     Defendant. | § § § § § § § § § § § § § Case No. 6:23-cv-342-JDK |

## ORDER OF DISMISSAL

Before the Court is the parties' joint motion to dismiss this case with prejudice. Docket No. 130.

The Court finds that the motion should be **GRANTED**. Accordingly, all claims in this case are **DISMISSED** with prejudice.

All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

**So ordered and signed on this**
**Mar 27, 2025**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE